In the Matter of the Will of LAURA T. FOWLER, Deceased. PEEKSKILL HOSPITAL, INC., et al., Appellants; PEEKSKILL PRESBYTERIAN CHURCH, Respondent. — Proceeding for the determination of the validity and effect of certain provisions in the last will and testament of the decedent. Decree of the Surrogate's Court of Westchester County, insofar as appealed from, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate of Laura T. Fowler. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

In the Matter of HENRY O. KRAUSE, Petitioner, against LEWIS J. VALENTINE, as Commissioner of the Police Department of the City of New York, Respondent. — In a proceeding under article 78 of the Civil Practice Act to review the determination of the Police Commissioner of the City of New York in dismissing petitioner from the position of patrolman in the Police Department of said city, after hearings on charges, determination unanimously confirmed, without costs. Quite apart from the ·charges of leaving his post and being found in a barroom on three different occasions within two months, petitioner's conceded and flagrant insubordination in refusing to return to his post when ordered to do so by two of his superiors not only justified but required his dismissal from the force. Present — Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of the Arbitration between ISIDORE PENN, Appellant, and VINCENT SCUDERI, Respondent. — Appeal from an order denying appellant's motion to direct an arbitration of certain claimed disputes under a ·contract. Order affirmed, with ten dollars costs and disbursements. No opinion. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

SOLOMON A. KLEIN, Respondent, v. FRANKLIN TAYLOR, Defendant, and BROOKLYN EAGLE, INC., Defendant-Appellant. — In an action to. recover damages for libel, order denying appellant's motion to require plaintiff separately to state and number the alleged causes of action pleaded against it, and for other relief, insofar as appealed from, affirmed, with ten dollars costs and disbursements. (*Macdougall* v. *Knight*, L. R. 25 Q. B. D. 1; *Cook* v. *Conners*, 215 N. Y. 175.) Close, P. J., Carswell, Johnston, Adel and Aldrich, JJ., concur. [See *post*, p. 862.]

JOHN LANG, Appellant, v. MARIA LANG, Respondent. — In an action for absolute divorce, plaintiff appeals from a judgment in favor of the defendant dismissing the complaint upon the merits, entered after a verdict in favor of the defendant on settled issues. Judgment reversed on the law and the facts, without costs, and a new trial granted. The conduct of the plaintiff was not a proper issue at the trial, and the several portions of testimony imputing misconduct to him should not have. been admitted. (*Parsons* v. *Parsons*, 191 App. Div. 545.) Furthermore, the verdict of the jury which was accepted by the Special Term is clearly against the weight of the evidence and the plaintiff's motion for a new trial should have been granted. Close, P. J., Hagarty, Carswell, Adel and Aldrich, JJ., concur.